**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

MARSHALL MCCLAIN, individually and on : 
behalf of all others similarly situated :    CIVIL ACTION FILE NO. 26-cv-11419
                                          :
                                          :
        Plaintiff,                    :
                                          :
v.                                              :
                                          :
2ND CHANCE SOLUTIONS, LIMITED    :
                                          :
        Defendant.              :
_____/

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiffs hereby file this Notice of Voluntary Dismissal without Prejudice pursuant to

Rule 41(a) of the Federal Rules of Civil Procedure. Defendant has not served an answer or a

motion for summary judgment.

RESPECTFULLY SUBMITTED AND DATED this April 16, 2026.

                           /s/ *Anthony I. Paronich*
                           Anthony I. Paronich
                           Paronich Law, P.C.
                           350 Lincoln Street, Suite 2400
                           Hingham, MA 02043
                           (508) 221-1510
                           anthony@paronichlaw.com